UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MELISSA AYALA (A-097-365-700),<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 1:26-cv-8672 TLN CSK<br><br>FINDINGS & RECOMMENDATIONS |

Petitioner Kelly Melissa Ayala (A-097-365-700) is an immigration detainee, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the following reasons, this Court recommends that respondents' motion to dismiss be granted.

On October 21, 2026, petitioner filed her petition for writ of habeas corpus. (ECF No. 1.) On October 21, 2026, the district court referred this action to the assigned magistrate judge. (ECF No. 4.) On November 3, 2026, respondents filed a motion to dismiss this action as moot because on October 23, 2026, petitioner was granted bond by an immigration judge, petitioner posted bond, and was released from custody on October 28, 2026. (ECF No. 9 at 1-2.) On November 4, 2026, petitioner filed a response to the motion to dismiss, acknowledging that she has been released from respondents' custody and not opposing the motion to dismiss. (ECF No. 10.) Based on petitioner's non-opposition to respondents' motion to dismiss, this Court recommends

that the motion to dismiss be granted.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Respondents' motion to dismiss (ECF No. 9) be granted.

2. The Clerk of the Court be directed to enter judgment in respondents' favor and close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 6, 2026



CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ayal8672.157.imm/2